IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RODNEY C. MOORE,

        Plaintiff,                                      ORDER

      v.                                               12-cv-472-wmc

RYAN TOBIAZ, LIEUTENANT RYMARKIWICZ,
CAPTAIN BAUER, TONI MELI, DAWN LANDERS,
MARTHA BREEN, LORI ALSUM O'DONOVAN,
CAPTAIN O'DONOVAN, OFFICER PELKO,
WARDEN WILLIAM POLLARD, CAPTAIN HOLMS,
JEFFREY GARBELMAN, and MS. KAMHAIS,

        Defendants.

---

RODNEY C. MOORE,

        Plaintiff,                                      ORDER

      v.                                               12-cv-612-wmc

LORI ALSUM, BELINDA SCHRUBBE,
CAPTAIN BAUER, CAPTAIN HOLMS,
WARDEN WILLIAM POLLARD, and
RYAN TOBIAZ,

        Defendants.

---

RODNEY C. MOORE,

        Plaintiff,                                      ORDER

      v.                                               12-cv-714-wmc

WARDEN WILLIAM POLLARD,
JEFFREY GARBELMAN, RYAN TOBIAZ,
LORI ALSUM, TONI MELI, MS. KAMHAIS,
and CAPTAIN O'DONOVAN,

        Defendants.

RODNEY C. MOORE,

                    Plaintiff,                     ORDER

v.                                                       13-cv-138-wmc

DEPARTMENT OF CORRECTIONS,
CAPTAIN BAUER, LORI ALSUM O'DONOVAN,
CAPTAIN O'DONOVAN, LIEUTENANT
HEIDLMAN, LIEUTENANT SCHNEIDER,
TONI MELI, WARDEN WILLIAM POLLARD,
N. KAMPHUIS, BELINDA SCHRUBBE,
LIEUTENANT RYMANKIWIZ, SERGEANT
ANDREWS, AND OFFICER GAU,

                    Defendants.

On April 23, 2013, the court ordered Moore to pay the filing fee in these cases within thirty days after finding that (1) he is not eligible to proceed *in forma pauperis* because he has more than three strikes for purposes of 28 U.S.C. § 1915(g); and (2) he did not demonstrate that he was in "imminent danger of serious physical injury." Moore has filed a motion for reconsideration, which is construed as one seeking to alter or amend the judgment under Fed. R. Civ. P. 59(e). To prevail on a motion under Rule 59(e), a party must identify an error of law that merits reconsideration of the judgment. *See Obriecht v. Raemisch*, 517 F.3d 489, 494 (7th Cir. 2008); *Sigsworth v. City of Aurora, Ill.*, 487 F.3d 506, 511-12 (7th Cir. 2007). Moore does not show that the court's findings were entered in error or that he is otherwise entitled to relief from the order entered on April 23, 2013. Accordingly, the motion will be denied.

ORDER

IT IS ORDERED that plaintiff Rodney C. Moore's motion for reconsideration of the order entered on April 23, 2013, in Case Nos. 12-cv-472-wmc, 12-cv-612-wmc, 12-cv-714-wmc and 13-cv-138-wmc is DENIED.

Entered this 21st day of May, 2013.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge