IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY C. MOORE,

    Plaintiff,

v.

RYAN TOBIAZ,
LIEUTENANT RYMARKIWICZ,
CAPTAIN BAUER, TONI MELI,
DAWN LANDERS, MARTHA BREEN,
LORI ALSUM O'DONOVAN,
CAPTAIN O'DONOVAN,
OFFICER PELKO, WARDEN WILLIAM
POLLARD, CAPTAIN HOLMS, JEFFREY
GARBELMAN and MS. KAMHAIS,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-472-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case under Fed. R. Civ. P. 41(b).

| /s/ | 6/6/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |